```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  DARWIN BUMATAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 2:10-mj-00203-KJN |
|                                     ) | |
|             Plaintiff,              ) | |
|                                     ) | STIPULATION AND ORDER TO VACATE |
|     v.                              ) | THE COURT TRIAL AND SET A CHANGE |
|                                     ) | OF PLEA HEARING |
| DARWIN BUMATAY,                     ) | |
|                                     ) | |
|             Defendant.              ) | Date:  October 4, 2010 |
|                                     ) | Time:  9:00 a.m. |
| _____) | Judge: Hon. Kendall J. Newman |

    The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Linda Harter, Attorney for DARWIN BUMATAY, hereby stipulate to vacate the court trial

/ / /

/ / /

set for October 4, 2010 and set a change of plea hearing for October 6, 2010 at 9:00 AM.

Dated: September 20, 2010         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ Linda Harter
                                  LINDA HARTER
                                  Assistant Federal Defender
                                  Attorney for DARWIN BUMATAY

Dated: September 20, 2010         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew Stegman
                                  MATTHEW STEGMAN
                                  Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 20, 2010         /s/ Kendall J. Newman
                                  HON. KENDALL J. NEWMAN
                                  United States Magistrate Judge